The Delaware, Lackawanna and Western Railroad Company, Respondent, v. The City of Buffalo and Francis G. Ward, as Commissioner of Public Works of the City of Buffalo, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the ground that the court below properly exercised its discretion in holding the injunction until the trial of the case and the development of the facts. All concurred.

Joseph Altman, Appellant, v. The Cosmopolitan Fire Insurance Company of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the complaint states but a single cause of action. All concurred.

Civilla M. Reed, as Administratrix, etc., of Louis J. Reed, Deceased, Respondent, v. The Iron Elevator and Transfer Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Fred J. Swift, Respondent, v. Mary A. Droman and Others, Appellants.— Judgment affirmed, with costs. All concurred.

John Darcy, Respondent, v. Malcolm I. Danks, Appellant.— Judgment and order affirmed, with costs. All concurred.

Cyrus F. Glazier, Appellant, v. William Quinn, Respondent.— Motion to dismiss appeal denied, without costs. Case ordered placed at foot of present calendar to be argued at present term of court.

Norman E. Radley, an Infant, by John L. Radley, His Guardian ad Litem, Appellant, v. Samuel Shopiro, Respondent.— Judgment affirmed, with costs, upon opinion of Spring, J., on former appeal in this case (114 App. Div. 659). All concurred, except McLennan, P. J., and Robson, J., who dissented upon the grounds stated in the dissenting opinion of McLennan, P. J., on the former appeal.

William F. Keller, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Henry G. Felkel and John Felkel, Respondents, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Jennie Butler, Respondent, v. Thomas Holahan, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

Clara Turner, Appellant, v. William A. Oliver and John C. Lerch, Respondents.— Judgment and order affirmed, with costs. All concurred.

Theodore Walrath, Respondent, v. Frederick H. Ebeling, Appellant.— Judgment and order affirmed, with costs. All concurred.

Bertram Tetter, an Infant, by William Tetter, His Guardian ad Litem, Respondent, v. Buffalo Steel Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Robert Bates, Respondent, v. Parke A. Davis, Appellant.— Judgment and order affirmed, with costs. All concurred.

Winslow Powers, Respondent, v. Robert T. Henry, Appellant.— Judgment and order affirmed, with costs. All concurred.